FILED
SEP - 5 2006
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

HONORABLE   JUDGE THOMAS J. WHELAN

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 06CR0243 |
| ) | |
| Plaintiff ) | ORDER FOR EXTRAORDINARY |
| ) | EXPENSES: INTERPRETER |
| v. ) | FEES |
| ) | |
| ZAVALA, Norberto ) | |
| Defendant ) | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that extraordinary expenses for interpreter fees by Maria Brower be ordered in the amount of **18.4** hours **($828.00)** over the initial eleven (11)$499.50 hour authorization. It is further ordered that a copy of this order be forwarded to attorney Obenauer.

SO ORDERED:

Dated: August 30, 2006

_____
Judge THOMAS J. WHELAN
U.S. District Court

Gregory D. Obenauer