FILED

06 DEC 20 PM 12: 15

CLERK. U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUT



UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

HONORABLE  JUDGE THOMAS J. WHELAN

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 06CR0243~W |
| ) | |
| Plaintiff ) | ORDER FOR EXTRAORDINARY |
| ) | EXPENSES: INTERPRETER |
| v. ) | FEES |
| ) | |
| ) | |
| ZAVALA, Norberto ) | |
| ) | |
| Defendant ) | |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that extraordinary expenses for interpreter fees by Maria Brower  be ordered in the amount of **18.4 hours ($828.00)** over the initial eleven (11)$499.50 hour authorization. It is further ordered that a copy of this order be forwarded to attorney Obenauer.

SO ORDERED:

Dated: August _Dec. 18 Th_      2006       _____
                                            Judge THOMAS J. WHELAN
                                            U.S. District Court

Gregory D.
Obenauer